UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> -against- <br><br> Jamel Goddard, <br><br> Defendant. | No. 17-CR-439 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are its orders at dkt. nos. 44, 48, and 49, as well as Mr. Siegel's letter dated July 15, 2022 (dkt. no. 50). The stay in this case is lifted. Mr. Goddard shall report to the Court by letter as to status no later than January 30, 2023.

    The Clerk of the Court is directed to mail Mr. Goddard a copy of this order.

**SO ORDERED.**

Dated:    December 8, 2022
            New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1